# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GERI A. LUCAS,**

        **Plaintiff,**

**-vs-**                                                                         **Case No.  6:07-cv-1987-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Unopposed Petition for Attorney's Fees Under 42 U.S.C. §406(b) (Doc. No. 19) filed on August 3, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 10, 2010 (Doc. No. 21) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Unopposed Petition for Attorney's Fees Under 42 U.S.C. §406(b) (Doc. No. 19) is GRANTED.

3. Bradley K. Boyd, Esq., is hereby authorized to charge and collect from Lucas the sum of $2,028.00 and, simultaneously, Boyd shall refund to Lucas the $703.31 he received as an EAJA fee.

4. Boyd shall promptly provide a copy of this Order to Lucas.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 25, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge